# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **NOVELPOINT TRACKING LLC,** *Plaintiff*, vs. **FORD MOTOR COMPANY,** *Defendant*. | Case No. 6:12-cv-832-LED <br><br> PATENT CASE <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION FOR EXTENSION OF TIME TO ANSWER THE COMPLAINT

Plaintiff, Novelpoint Tracking LLC, and defendant, Ford Motor Company, respectfully move the Court for a further extension of time for defendant to answer or otherwise plead in this matter.

Pursuant to the Court's Order Granting Defendant's Unopposed Motion to Extend Time to Respond to Plaintiff's Original Complaint (Dkt. #7) the parties hereby state that there is good cause for this extension as the parties have reached an agreement in principal to settle this case. The parties are in the process of finalizing a settlement agreement.

Accordingly, the parties request a one month extension of time to answer Plaintiff's Complaint or otherwise plead up to and including February 25, 2013.

A proposed Order is attached for the Court's convenience.


| Dated:  January 21, 2013 | Respectfully submitted, |
|---|---|

 */s/ Everett Upshaw*  
*(w/permission by Jennifer P. Ainsworth)*  
Everett Upshaw  
Law Office Of Everett Upshaw, PLLC  
13901 Midway Rd.  
Suite 102-208  
Dallas, TX  75244  
P: 214.680.6005  
everettupshaw@everettupshaw.com  

Attorney for Plaintiff  
NovelPoint Tracking, LLC  

*/s/ Jennifer Parker Ainsworth*  
Jennifer Parker Ainsworth  
Wilson Robertson & Cornelius PC  
909 ESE Loop 323, Suite 400  
P.O. Box 7339  
Tyler, TX 75711-7339  
903-509-5000 – Fax: 903-509-5092  
jainsworth@wilsonlawfirm.com  

Attorney for Defendant  
Ford Motor Company

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on this the 21st day of January, 2013.

                                             */s/ Jennifer P. Ainsworth*
                                             Jennifer P. Ainsworth


**CERTIFICATE OF CONFERENCE**

      This is to certify that counsel for Defendant Ford Motor Company has conferred with Plaintiff's counsel concerning this motion and they do not oppose the motion.

                                             */s/ Jennifer P. Ainsworth*
                                             Jennifer P. Ainsworth