**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **NOVELPOINT TRACKING LLC**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**FORD MOTOR COMPANY**<br><br>　　　　　Defendants. | **Case No. 6:12-cv-832-LED**<br><br>**(Judge Davis)** |

## ORDER

Before the Court is the Parties' Joint Motion to Dismiss [DOC #10].

It is ORDERED that the Parties' Joint Motion to Dismiss [Doc # 10] is GRANTED with prejudice. The Court further ORDERS that all parties are dismissed with prejudice from this action.

All relief not previously granted is hereby DENIED.

The Clerk is directed to CLOSE this civil action.

**So ORDERED and SIGNED this 25th day of March, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**